Case 4:25-cv-02299   Document 10   Filed 09/05/25 in TXSD   Page 1 of 1

United States District Court
Southern District of Texas
**ENTERED**
September 05, 2025
Nathan Ochsner, Clerk

# UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF TEXAS
### HOUSTON DIVISION

| | | |
|---|---|---|
| **GIEB CAPITAL LLC,** | § § § | |
| **Plaintiff,** | § § | |
| v. | § § | |
| | § | **CIVIL ACTION NO. 4:25-CV-2299** |
| **OCCIDENTAL FIRE & CASUALTY COMPANY OF NORTH CAROLINA** | § § § | |
| **Defendant.** | § § § § § | |

## ORDER OF DISMISSAL WITH PREJUDICE

Before the Court is the Joint Stipulation of Dismissal with Prejudice ("Stipulation") filed by Plaintiff Gieb Capital, LLC and Defendant Occidental Fire & Casualty Company of North Carolina. ECF No. 9. Having considered the Stipulation, the Court finds it well taken and makes and delivers the following ruling:

IT IS ORDERED, ADJUDGED, AND DECREED that all claims and causes of action asserted herein by Plaintiff Gieb Capital, LLC against Defendant Occidental Fire & Casualty Company of North Carolina are dismissed with prejudice. All costs are to be borne by the party incurring same. This order disposes of all claims that were asserted in this matter.

SIGNED this  2nd  day of    August   , 2025.

_____
UNITED STATES DISTRICT JUDGE